IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

------------------------------------------------------- :
CARI APPUGLIESE,                                         : CASE NO.  1:12 CV 02160
                                                         :
                                  Plaintiff,             :
                                                         : <u>MEMORANDUM AND ORDER</u>
              -vs-                                       :
                                                         :
                                                         :
FIRSTCREDIT, INC.                                        :
                                                         :
                                  Defendant.
------------------------------------------------------- 

UNITED STATES DISTRICT JUDGE LESLEY WELLS

On 28 January 2013, this matter was referred to United States Magistrate Judge William H. Baughman, Jr., for a Report and Recommendation (R&R) on the defendant's motion to dismiss and on the plaintiff's motion for leave to file an amended complaint. (Doc. 8). On 27 June 2013, the Magistrate Judge returned an R&R with the recommendation that the defendant's motion be denied and the plaintiff's motion granted. (Doc. 9). The parties were advised that any objections were to be filed within fourteen days after service of the R&R, and that a failure to object may result in waiver of the right to appeal.

Pursuant to 28 U.S.C. § 636(b)(1), this Court makes a de novo determination of those portions of the R&R to which a timely objection is made. "When no timely objection is filed, the court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation." Fed. R. Civ. P. 72(b) advisory

committee's note. In this instance, no objections have been filed. Having reviewed the R&R and found it well-reasoned and without error, the Court accepts the Magistrate Judge's recommendation. The defendant's motion to dismiss is denied. The plaintiff's motion for leave to file an amended complaint is granted.

     IT IS SO ORDERED.

                                               /s/ Lesley Wells
                                     UNITED STATES DISTRICT JUDGE

Date: 19 July 2013